1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              )      Case No. 05cr1634-L
                                            )
11                 Plaintiff,               )
                                            )      ORDER OF CRIMINAL
12         v.                               )      FORFEITURE
                                            )
13   SYD GROUP (1),                         )
      aka www.veterinaria.com.mx,           )
14    aka www.austaliananabolic.com         )
      aka www.sydgroup.com,                 )
15                                          )
                   Defendant.               )
16   _____)

17         WHEREAS, in the Indictment in the above-captioned case, the United States sought

18   forfeiture of all right, title and interest in specific properties of the above-named Defendant, SYD

19   GROUP (1) ("Defendant"), pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2),

20   as property obtained directly or indirectly as the result of the commission of the violations charged

21   in the Indictment; and

22         WHEREAS, on or about June 4, 2007, Defendant pled guilty to Count 2 of the Indictment,

23   which plea included a consent to the forfeiture allegations of the Indictment and an agreement to

24   entry of a $58,533 judgment against the Defendant in favor of the United States; and

25         WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and

26   guilty plea, the Court determined that **$58,533** (U.S. dollars), in whole or in part, represents the

27   drug proceeds obtained directly or indirectly as a result of the violation of Title 21, United States

28   Code, Sections 846 and 841(a)(1), as charged in the Indictment; and

1    WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now

2    entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount

3    of **$58,533**, pursuant to  21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal

4    Procedure; and

5    WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent

6    that the forfeiture consists of a money judgment;" and

7    WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has

8    established the requisite nexus between the $58,533 judgment and the offense; and

9    WHEREAS, the United States, having submitted the Order herein to the Defendant through

10   its attorney of record, to review, and no objections having been received;

11   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12   1.    Defendant SYD GROUP (1) shall forfeit to the United States the sum of **$58,533**

13   pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2); and

14   2.    The Clerk of the Court is directed to enter a judgment in favor of the United States

15   against Defendant PETS PHARMA, S.A. De C.V. in the amount of **$58,533** with interest to accrue

16   thereon in accordance with law; and

17   3.    This Court shall retain jurisdiction in the case for the purpose of enforcing the order

18   of forfeiture and collecting and enforcing the judgment; and

19   4.    Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the

20   Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

21   5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

22   Order of Forfeiture to substitute property having a value not to exceed **$58,533** to satisfy the

23   money judgment in whole or in part; and

24   //

25   //

26   //

27

28

1     6.     The United States may take any and all actions available to it to collect and enforce

2    the judgment.

3

4

DATED:  July 26, 2007

5

6    M. James Lorenz
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       05cr1634