AO 245E  (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 31 PM 3:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

UNITED STATES OF AMERICA
v.
SYD GROUP (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 05CR1634-L

JOSEPH MILCHEN
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)    COUNT TWO (2) OF THE INDICTMENT

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | CONSPIRACY TO DISTRIBUTE ANABOLIC STEROIDS | 1 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s)  REMAINING    ☒ is ☐ are dismissed on the motion of the United States.

☒ Assessment: $ 400    WAIVED
☒ No fine

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

OCTOBER 29, 2007
Date of Imposition of Sentence

/s/ James Lorenz
HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

Entered Date:

05CR1634-L

AO 245E   (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
         Sheet 2 — Probation

Judgment—Page 2 of 4

DEFENDANT ORGANIZATION: SYD GROUP (1)
CASE NUMBER: 05CR1634-L

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

COUNT TWO (2): THREE (3) YEARS.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[ ] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

05CR1634-L

AO 245E    (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Continued 1 — Probation

DEFENDANT ORGANIZATION: SYD GROUP (1)
CASE NUMBER: 05CR1634-L

Judgment—Page 3 of 4

## SPECIAL CONDITIONS OF SUPERVISION

1. Restriction from the manufacture of anabolic steroids other than steroids used for legitimate veterinary use.

2. Restriction from obtaining manufacturing permits for all anabolic steroids other than steroids used for legitimate veterinary use.

3. Restriction from advertising the sale of anabolic steroids on company websites other than steroids used for legitimate veterinary use.

4. Publish on company websites a policy of not manufacturing anabolic steroids other than steroids used for legitimate veterinary use.

5. Provide complete disclosure of business records to the United States government as requested.

05CR1634-L

AO 245S     Judgment in Criminal Case
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page __3__ of __4__

DEFENDANT: SYD GROUP
CASE NUMBER: 05CR1634-L

## FORFEITURE

The defendant shall pay forfeiture in the amount of _____$58,533.00_____ unto the United States of America.

This sum shall be paid   ___ immediately.
                                _x_ as follows:

PROPERTY FORFEITED PURSUANT TO ORDER FILED JULY 26, 2007, INCLUDED HEREIN.

The Court has determined that the defendant   does   have the ability to pay interest. It is ordered that:

_x_     The interest requirement is waived.

___     The interest is modified as follows:

05CR1634-L